# IN THE SUPREME COURT OF THE STATE OF NEVADA

YUXIA ZHANG,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83801

FILED

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal challenging a district court order setting a briefing schedule and hearing. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from an order setting a briefing schedule and hearing in a criminal matter, we lack jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                       Silver

cc:     Hon. Cristina D. Silva, District Judge
        Yuxia Zhang
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-34536